

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

February 22, 2022

**BY EMAIL**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:   *United States v. David M. Peres*, 22 MJ 1665

Dear Judge Krause:

    The Government writes to respectfully request that the Court unseal the above-referenced Complaint, 22 Mag. 1665, and related arrest warrant for Defendant David M. Peres, as the Defendant has been arrested.

                            Respectfully submitted,

                            DAMIAN WILLIAMS
                            United States Attorney

by: _____
     Benjamin Klein
     Assistant United States Attorney
     (914) 993-1908

cc:   Ben Gold, Esq.

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge

Dated: February 22, 2022